UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

WALTER D. WHITE

VERSUS

MICHAEL J. ASTRUE,
COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION

CIVIL ACTION

NO. 09-16-CN

## JUDGMENT

In accordance with the Ruling issued this date;

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment be and is hereby entered in favor of the Commissioner of the Social Security Administration and against the Plaintiff, Walter D. White, dismissing plaintiff's suit with prejudice, at Plaintiff's cost.

Signed in chambers in Baton Rouge, Louisiana, December 10, 2009.

_____
**MAGISTRATE JUDGE CHRISTINE NOLAND**